# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1231.  DALE RORYSHANE BARRETT v. STATE OF GEORGIA.**

We granted Dale Roryshane Barrett's application for discretionary appeal from the trial court's final order of disposition in this civil forfeiture action. See Case No. A19D0097. Our order, which was entered on October 3, 2018, informed Barrett that he had ten days to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law.").

The tenth day after entry of our order granting Barrett's application fell on Saturday, October 13, 2018. Therefore Barrett had until Monday October 15, 2018 to file a timely notice of appeal. See Court of Appeals Rule 3. ("When a filing deadline falls on a Saturday [or] Sunday, . . . the deadline is extended to the next business day."). Barrett, however, did not file his notice of appeal until Wednesday, October 24, 2018.[1] The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).

---

[1] The notice of appeal was signed on October 4, 2018, but – for reasons that are not clear from the record – was not stamped "filed" until October 24, 2018. Barrett also filed an amended notice of appeal on December 6, 2018.

Because Barrett's notice of appeal was untimely, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   02/05/2019
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*